Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−25565−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Todd J. Anderson
   105 Irene Avenue
   Buena, NJ 08310

Social Security No.:
   xxx−xx−2908

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Andrew R. Vara, Acting United States Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: ***THIS NOTICE CORRECTS PREVIOUS NOTICE DATED 11/28/17***.

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 11/28/17
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: October 31, 2017
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                       Case No. 17-25565-JNP
Todd J. Anderson                                                             Chapter 7
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                 Date Rcvd: Oct 31, 2017
                               Form ID: 170                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Todd J. Anderson,    105 Irene Avenue,    Buena, NJ 08310-9734
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516976967      #+ACB Receivables Management Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
517020756      +Delaware Department of Labor UI Benefits,     PO Box 9950,    Wilmington, DE 19809-0950
516976968       Division of Unemployment,    Insurance Benefit,    Payment Control,    PO Box 9950,
                 Wilmington, DE 19809-0950
516976969       First Premier Bank,    PO Box 5519,   Sioux Falls, SD 57117-5519
516976972      +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
516976974       Medical Radiology Group,    5467 Route 37,    Toms River, NJ 08754
516976975     ++NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND TN 37320-8005
                (address filed with court: Nationwide Recovery Service,     545 W Inman Street,
                 Cleveland, TN 37311)
516976976      +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
516976977       PMAB, LLC,   PO Box 12150,    Charlotte, NC 28220-2150
516976978       Recovery Centers of America at Lighthous,     PO Box 419396,    Boston, MA 02241-9396
516976979      +Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,     Wareham, MA 02571-1046
516976980      +Seabrook House Inc.,    133 Polk Lane,    Seabrook, NJ 08302-5905
516976981      +Select Physical Therapy,    680 American Avenue, Second Floor,     King of Prussia, PA 19406-4023
516976982      +South Jersey Health System,    501 Front Street,    Elmer, NJ 08318-2101
516976984      +USAA Savings Bank,    10750 McDermott,    San Antonio, TX 78288-1600
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2017 22:44:44      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2017 22:44:40      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516976970       E-mail/Text: jkatsios@gsicollections.com Oct 31 2017 22:44:29      GSI Recovery, LLC,
                 PO Box 1026,    Bloomfield, NJ 07003-1026
516976971       E-mail/Text: bankruptcy.notices@hdfsi.com Oct 31 2017 22:45:22      Harley Davidson Credit Corp,
                 ATTN: Rider Services,    PO Box 22048,    Carson City, NV 89721-2048
516976973       E-mail/Text: cio.bncmail@irs.gov Oct 31 2017 22:44:16      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516976983      +E-mail/Text: jchrist@stewardfs.com Oct 31 2017 22:44:49      Steward Financial Services,
                 PO Box 39,    Maple Shade, NJ 08052-0039
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 2 of 2               Date Rcvd: Oct 31, 2017
                               Form ID: 170               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rex J. Roldan    on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
           tions.com;hinnaurato@subranni.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```