Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−25565−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Todd J. Anderson
   105 Irene Avenue
   Buena, NJ 08310

Social Security No.:
   xxx−xx−2908

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/28/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 29, 2017
JAN: cmf

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-25565-JNP
Todd J. Anderson                                              Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2          Date Rcvd: Nov 29, 2017
                              Form ID: 148                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db             +Todd J. Anderson,    105 Irene Avenue,    Buena, NJ 08310-9734
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516976967      #+ACB Receivables Management Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
517020756      +Delaware Department of Labor UI Benefits,    PO Box 9950,    Wilmington, DE 19809-0950
516976968       Division of Unemployment,   Insurance Benefit,    Payment Control,    PO Box 9950,
                 Wilmington, DE 19809-0950
516976972      +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
516976974       Medical Radiology Group,    5467 Route 37,    Toms River, NJ 08754
516976975      ++NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND TN 37320-8005
                (address filed with court: Nationwide Recovery Service,     545 W Inman Street,
                 Cleveland, TN 37311)
516976976      +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
516976977       PMAB, LLC,   PO Box 12150,    Charlotte, NC 28220-2150
516976978       Recovery Centers of America at Lighthous,    PO Box 419396,    Boston, MA 02241-9396
516976979      +Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
516976980      +Seabrook House Inc.,    133 Polk Lane,    Seabrook, NJ 08302-5905
516976981      +Select Physical Therapy,    680 American Avenue, Second Floor,    King of Prussia, PA 19406-4023
516976982      +South Jersey Health System,    501 Front Street,    Elmer, NJ 08318-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 23:16:02      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 23:16:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516976969       EDI: AMINFOFP.COM Nov 29 2017 22:48:00      First Premier Bank,   PO Box 5519,
                 Sioux Falls, SD 57117-5519
516976970       E-mail/Text: jkatsios@gsicollections.com Nov 29 2017 23:15:44      GSI Recovery, LLC,
                 PO Box 1026,   Bloomfield, NJ 07003-1026
516976971       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 29 2017 23:16:35      Harley Davidson Credit Corp,
                 ATTN: Rider Services,    PO Box 22048,   Carson City, NV 89721-2048
516976973       EDI: IRS.COM Nov 29 2017 22:49:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516976983      +E-mail/Text: jchrist@stewardfs.com Nov 29 2017 23:16:07      Steward Financial Services,
                 PO Box 39,   Maple Shade, NJ 08052-0039
516976984      +EDI: USAA.COM Nov 29 2017 22:48:00      USAA Savings Bank,   10750 McDermott,
                 San Antonio, TX 78288-1600
                                                                                              TOTAL: 8

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2                Date Rcvd: Nov 29, 2017
                               Form ID: 148                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Rex J. Roldan    on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```