**Order Filed on November 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ   07102
Telephone:   (973) 645-3014
Facsimile:   (973) 645-5993
E-mail: Lauren.Bielskie@usdoj.gov

In re:

Todd J. Anderson,

Debtor.

Case No.: 17-25565 (JNP)

Chapter 7

Hearing Date:   November 28, 2017 at 10:00 a.m.

Judge:   The Honorable Jerrold N. Poslusny, Jr.

**ORDER DISMISSING CASE FOR ABUSE UNDER 11 U.S.C. § 707(b)(1), BASED ON THE TOTALITY OF CIRCUMSTANCES OF THE DEBTORS' FINANCIAL CONDITION UNDER § 707(b)(3)(B)**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: November 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Todd J. Anderson
Chapter 7 Case No. 17-25565 (JNP)

**Order Dismissing Case for Abuse Under 11 U.S.C. § 707(b)(1) Based on: (i) Presumed Abuse Under 11 U.S.C. § 707(b)(2); and/or (ii) Totality of the Circumstances Under 11 U.S.C. § 707(b)(3)**

_____

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an *Order Dismissing Case for Abuse Under 11 U.S.C. § 707(b)(1) Based on Totality of the Circumstances Under of the Debtors' Financial Condition Under 11 U.S.C. § 707(b)(3)*, and notice of the motion having been given to the Debtors and Debtors' counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that this chapter 7 case is hereby DISMISSED.

United States Bankruptcy Court
District of New Jersey

In re:
Todd J. Anderson
       Debtor

Case No. 17-25565-JNP
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Nov 29, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db           +Todd J. Anderson,    105 Irene Avenue,    Buena, NJ 08310-9734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Jennifer D. Gould   on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
     mdepietro@stark-stark.com
        Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
        Rex J. Roldan   on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net,
     r43760@notify.bestcase.com
        Thomas J Subranni   trustee@subranni.com,
     szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
     tions.com;hinnaurato@subranni.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 6