UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren E. Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

**Order Filed on January 9, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Todd J. Anderson,

Debtor.

Case No.: 17-25565 (JNP)

Chapter 7

Hearing Date: January 9, 2018 at 10:00 a.m.

Judge: Hon. Jerrold N. Poslusny, Jr.

## ORDER REINSTATING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Todd J. Anderson

Chapter 7 Case No. 17-25565 (JNP)

**Order Reinstating Case**

---

This matter having been presented to the Court by Todd J. Anderson ("Debtor"), and the Court having reviewed the motion and the limited objection filed by the United States Trustee, and any other opposition filed, and for good cause shown, it is

**ORDERED** that this case is reinstated effective the date of this order; and it is further

**ORDERED** that the Debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order; and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file a motion to convert this chapter 7 case to a case under chapter 13; and it is further

**ORDERED** that in the event the Debtor does not file the a motion to convert to chapter 13 within 14 days of the date of this order, and/or files the motion but withdraws same prior to a determination on the merits, the case shall be dismissed without any further notice.