Case 17-25565-JNP Doc 32 Filed 01/11/18 Entered 01/11/18 00:18:59 Desc Imaged
Certificate of Notice Page 1 of 3

Case 17-25565-JNP Doc 27 Filed 01/02/18 Entered 01/02/18 00:18:54 Desc
Proposed Order Alternative Proposed Form Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren E. Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

Order Filed on January 9, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Todd J. Anderson,

Debtor.

Case No.: 17-25565 (JNP)

Chapter 7

Hearing Date: January 9, 2018 at 10:00 a.m.

Judge: Hon. Jerrold N. Poslusny, Jr.

## ORDER REINSTATING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-25565-JNP  Doc 32  Filed 01/12/18  Entered 01/12/18 00:37:28  Desc Imaged
Certificate of Notice  Page 2 of 3

Case 17-25565-JNP  Doc 27-1  Filed 01/02/18  Entered 01/02/18 18:59:54  Desc
Proposed Order-Alternative Proposed Form of Order  Page 2 of 2

**(Page 2)**
Debtor: Todd J. Anderson

Chapter 7 Case No. 17-25565 (JNP)

**Order Reinstating Case**

_____

This matter having been presented to the Court by Todd J. Anderson ("Debtor"), and the Court having reviewed the motion and the limited objection filed by the United States Trustee, and any other opposition filed, and for good cause shown, it is

**ORDERED** that this case is reinstated effective the date of this order; and it is further

**ORDERED** that the Debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order; and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file a motion to convert this chapter 7 case to a case under chapter 13; and it is further

**ORDERED** that in the event the Debtor does not file the a motion to convert to chapter 13 within 14 days of the date of this order, and/or files the motion but withdraws same prior to a determination on the merits, the case shall be dismissed without any further notice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25565-JNP
Todd J. Anderson                                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1             Date Rcvd: Jan 09, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Todd J. Anderson,    105 Irene Avenue,   Buena, NJ 08310-9734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rex J. Roldan    on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6