Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−25565−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Todd J. Anderson
  105 Irene Avenue
  Buena, NJ 08310

Social Security No.:
  xxx−xx−2908

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/18/18
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 22, 2018
JAN: kvr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Todd J. Anderson  
    Debtor

Case No. 17-25565-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 22, 2018  
                       Form ID: 132     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.

```
db          +Todd J. Anderson,    105 Irene Avenue,    Buena, NJ 08310-9734
cr          +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
              Lawrenceville, NJ 08648-2316
517020756   +Delaware Department of Labor UI Benefits,    PO Box 9950,    Wilmington, DE 19809-0950
516976968    Division of Unemployment,    Insurance Benefit,    Payment Control,    PO Box 9950,
              Wilmington, DE 19809-0950
516976969    First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
516976972   +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
516976974    Medical Radiology Group,    5467 Route 37,    Toms River, NJ 08754
516976975  ++NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND TN 37320-8005
             (address filed with court: Nationwide Recovery Service,    545 W Inman Street,
              Cleveland, TN 37311)
516976976   +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
516976977    PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
516976978    Recovery Centers of America at Lighthous,    PO Box 419396,    Boston, MA 02241-9396
516976979   +Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
516976980   +Seabrook House Inc.,    133 Polk Lane,    Seabrook, NJ 08302-5905
516976981   +Select Physical Therapy,    680 American Avenue, Second Floor,    King of Prussia, PA 19406-4023
516976982   +South Jersey Health System,    501 Front Street,    Elmer, NJ 08318-2101
516976984   +USAA Savings Bank,    10750 McDermott,    San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2018 22:58:22     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2018 22:58:21     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516976970    E-mail/Text: jkatsios@gsicollections.com Feb 22 2018 22:58:19     GSI Recovery, LLC,
              PO Box 1026,    Bloomfield, NJ 07003-1026
516976971    E-mail/Text: bankruptcy.notices@hdfsi.com Feb 22 2018 22:58:31     Harley Davidson Credit Corp,
              ATTN: Rider Services,    PO Box 22048,    Carson City, NV 89721-2048
516976973    E-mail/Text: cio.bncmail@irs.gov Feb 22 2018 22:58:17     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
516976983   +E-mail/Text: jchrist@stewardfs.com Feb 22 2018 22:58:24     Steward Financial Services,
              PO Box 39,    Maple Shade, NJ 08052-0039
                                                                                             TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516976967   ##+ACB Receivables Management Inc.,    PO Box 350,    Asbury Park, NJ 07712-0350
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2018
                               Form ID: 132             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rex J. Roldan    on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net, r43760@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 6