UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

**Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

TODD J. ANDERSON

| | |
|---|---|
| Case Number: | 17-25565 (JNP) |
| Hearing Date: | June 26, 2018 |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by ___debtor, Todd J. Anderson,___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _Harley Davidson Credit Corp._ is reinstated effective the date of this order.

*rev.7/12/16*

2