Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−25565−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Todd J. Anderson
  105 Irene Avenue
  Buena, NJ 08310
Social Security No.:
  xxx−xx−2908
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/17/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 17, 2018
JAN: dac

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-25565-JNP
Todd J. Anderson                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Aug 17, 2018
                             Form ID: 148              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db             +Todd J. Anderson,   105 Irene Avenue,    Buena, NJ 08310-9734
cr             +Steward Financial Services,   c/o Stark & Stark,   993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
517020756      +Delaware Department of Labor UI Benefits,   PO Box 9950,   Wilmington, DE 19809-0950
516976968       Division of Unemployment,   Insurance Benefit,   Payment Control,   PO Box 9950,
                 Wilmington, DE 19809-0950
517450170      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516976972      +Inspira Health Network,   509 N Broad St,   Woodbury, NJ 08096-1617
516976974       Medical Radiology Group,   5467 Route 37,   Toms River, NJ 08754
516976975      ++NATIONWIDE RECOVERY SERVICE,   PO BOX 8005,   CLEVELAND TN 37320-8005
               (address filed with court: Nationwide Recovery Service,   545 W Inman Street,
                 Cleveland, TN 37311)
516976976      +NovaCare Rehabilitation,   4716 Gettysburg Road,   Mechanicsburg, PA 17055-4325
517387456      +NovaCare Rehabilitation, Inc.,   c/o Courtney Smith,   4714 Gettysburg Road,
                 Mechanicsburg, PA 17055-4325
516976977       PMAB, LLC,   PO Box 12150,   Charlotte, NC 28220-2150
516976978       Recovery Centers of America at Lighthous,   PO Box 419396,   Boston, MA 02241-9396
516976979      +Regional Diagnostic Imaging, LLC,   2527 Cranberry Hwy,   Wareham, MA 02571-1046
516976980      +Seabrook House Inc.,   133 Polk Lane,   Seabrook, NJ 08302-5905
516976981      +Select Physical Therapy,   680 American Avenue, Second Floor,   King of Prussia, PA 19406-4023
516976982      +South Jersey Health System,   501 Front Street,   Elmer, NJ 08318-2101
517351525      +Steward Financial Services,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
                 Lawrenceville, NJ  08648,   Attention:  Jennifer D. Gould, Esquire 08648-2316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:20    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516976969       EDI: AMINFOFP.COM Aug 18 2018 03:43:00    First Premier Bank,   PO Box 5519,
                 Sioux Falls, SD 57117-5519
516976970      +E-mail/Text: jkatsios@gsicollections.com Aug 18 2018 00:15:52    GSI Recovery, LLC,
                 PO Box 1026,   Bloomfield, NJ 07003-1026
516976971      +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 18 2018 00:17:22    Harley Davidson Credit Corp,
                 ATTN: Rider Services,   PO Box 22048,   Carson City, NV 89721-2048
516976973       EDI: IRS.COM Aug 18 2018 03:43:00    Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517489320      +E-mail/Text: jkatsios@gsicollections.com Aug 18 2018 00:15:52
                 Regional Diagnostic Imaging, LLC,   c/o GSI Recovery, LLC,   PO Box 1026,
                 Bloomfield, NJ 07003-1026
516976983      +E-mail/Text: jchrist@stewardfs.com Aug 18 2018 00:16:35    Steward Financial Services,
                 PO Box 39,   Maple Shade, NJ 08052-0039
516976984      +EDI: USAA.COM Aug 18 2018 03:43:00    USAA Savings Bank,   10750 McDermott,
                 San Antonio, TX 78288-1600
                                                                                TOTAL: 9
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516976967       ##+ACB Receivables Management Inc.,   PO Box 350,   Asbury Park, NJ 07712-0350
                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                    Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 17, 2018
                             Form ID: 148              Total Noticed: 26

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jennifer D. Gould   on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Lauren  Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz   on behalf of Creditor   Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
          Rex J. Roldan   on behalf of Debtor Todd J. Anderson roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8